**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AQUA 388 COMMUNITY ASSOCIATION, FIRSTSERVICE RESIDENTIAL CALIFORNIA, LLC, REBECCA HAWKINS, CHRISTOPHER HARRINGTON, and AQUA MAINTENANCE CORPORATION,<br><br>Defendants. | Case No.: 2:23-cv-02498-SB-JPR<br><br>[Assigned to the Honorable Stanley Blumenfeld – Courtroom 6C]<br><br>**ORDER GRANTING JOINT STIPULATION RE DEFENDANT REBECCA HAWKINS [DKT. NO. 142]** |
| EMMA ADAMS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AQUA 388 COMMUNITY ASSOCIATION, FIRSTSERVICE RESIDENTIAL CALIFORNIA, LLC, REBECCA HAWKINS, CHRISTOPHER HARRINGTON, and AQUA MAINTENANCE CORPORATION,<br><br>Defendants. | |

The Court grants the parties' Joint Stipulation re Defendant Rebecca Hawkins, Dkt. No. 142, and approves the parties' stipulations that:

    a.    Rebecca Hawkins was acting within the course and scope of her employment with FirstService Residential California, LLC, an agent of Aqua 388 Community Association and Aqua Maintenance Corporation, in her interactions with the Plaintiff, which gave rise to her liability in this action;

    b.    Plaintiff will not seek compensatory or punitive damages against Ms. Hawkins at trial, or attorney's fees and costs against her personally;

    c.    Plaintiff remains the prevailing party against Ms. Hawkins;

    d.    Defendants will not use the terms of this stipulation to oppose any

request for reasonable attorney's fees or costs by Plaintiff.

Dated: April 2, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

- 2 -