# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:23-cv-02498-SB-JPR |
| Title: | Emma Adams v. Aqua 388 Community Association et al |
| Date | December 17, 2024 |

**Present: The Honorable** STANLEY BLUMENFELD, JR., United States District Judge

| Lynnie Fahey | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Russell Lasser Kornblith, Brent A Hannafan; Kevin H. Sharp | Stephen Edward Abraham, Melissa T. Daugherty, Roger Barry Frederickson, Brett Graham Hampton |

____ Day Court Trial    **Second** Day Jury Trial

____ One day trial:   ____ Begun (1st day);   **X** Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by _____
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
____ Plaintiff(s) rest.   ____ Defendant(s) rest.
____ Closing arguments made by ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of ____ plaintiff(s)   ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   Briefs to be filed by _____
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to   December 18, 2024 at 8:30 a.m.,   for further trial.
✓ Other: The deposition of Zahra Baratian is read into the record by Aloak Nadig and Rachel Zhang.

                                                                       5 : 39
                                              Initials of Deputy Clerk   LFA

cc: