# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:23-cv-02498-SB-JPR |
| Date | December 19, 2024 |
| Title: | Emma Adams v. Aqua 388 Community Association et al |

**Present: The Honorable** STANLEY BLUMENFELD, JR., United States District Judge

| Lynnie Fahey | Amy Diaz |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Russell Lasser Kornblith, Brent A Hannafan | Stephen Edward Abraham, Melissa T. Daugherty, Roger Barry Frederickson |

____ Day Court Trial   Fourth Day Jury Trial

____ One day trial:   ____ Begun (1ˢᵗ day);   ____ Held & Continued;   **X** Completed by jury verdict.

____ The Jury is impaneled and sworn.
____ Opening statements made by
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.   ✓ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
____ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   ✓ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   ____ defendant(s) is read and filed.
✓ Jury polled.   ____ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by
____ Motion to dismiss by ____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for mistrial by ____ is   ____ granted.   ____ denied.   ____ submitted.
____ Motion for Judgment/Directed Verdict by ____ is   ____ granted.   ____ denied.   ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to ____ for further trial/further jury deliberation.
✓ Other: Trial proceeds to Phase Two. Counsel for plaintiff is ordered to prepare a proposed formal judgment by close of business day December 23, 2024.

| | 1 : 29 |
|---|---|
| Initials of Deputy Clerk | LFA |

cc: