F I L E D
CLERK U.S. DISTRICT COURT

12/19/2024

CENTRAL DISTRICT OF CALIFORNIA
BY:     LFA     DEPUTY

# LIST OF EXHIBITS AND WITNESSES

| Case Number | 2:23-cv-02498-SB-JPR | Title | Emma Adams v. Aqua 388 Community Association et al |
|---|---|---|---|
| **Judge** | Stanley Blumenfeld, Jr., United States District Judge | | |
| **Dates of Trial or Hearing** | 12/16/2024; 12/17/2024; 12/18/2024; 12/19 | | |
| **Court Reporters or Tape No.** | Amy Diaz; CourtSmart | | |
| **Deputy Clerks** | Lynnie Fahey | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Russell Lasser Kornblith | Stephen Edward Abraham |
| Brent A Hannafan | Melissa T. Daugherty |
| Kevin H. Sharp | Roger Barry Frederickson |
| | Brett Graham Hampton |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | | | | Christopher Harrington | Plaintiff |
| | | | | | | Mashon Latimer | Plaintiff |
| | | | | | | Karla Mendez | Plaintiff |
| | | | | | | Craig Naylor | Plaintiff |
| | | | | | | Michael Rabkin | Plaintiff |
| | | | | | | Emma Adams | Plaintiff |
| | | | | | | Joan Stiehl | Defense |
| | | | | | | Drew Fountaine | Plaintiff |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | (SEE ATTACHED) | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

## ANTICIPATED WITNESS ORDER

| PLAINTIFF'S WITNESSES IN HER CASE IN CHIEF (PHASE 1) | | |
|---|---|---|
| Name (description) | Date Called | Time Estimate |
| 1. Christopher Harrington | 12/16/2024 | 1.5 hrs.<br><br>Examination by Plaintiff – 0.75 hrs.<br>Cross by FS Defendants – 0.25 hrs.<br>Cross by Aqua Defendants – 0.25 hrs.<br>Re-direct by Plaintiff – 0.25 hrs. |

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| PLAINTIFF'S WITNESSES IN HER CASE IN CHIEF (PHASE 1) | | |
|---|---|---|
| **Name (description)** | **Date Called** | **Time Estimate** |
| **2. Mashon Latimer** | 12/16/2024 | **0.5 hrs.**<br><br>Examination by Plaintiff – 0.2 hrs.<br>Cross by FS Defendants – 0.1 hrs.<br>Cross by Aqua Defendants – 0.1 hrs.<br>Re-direct by Plaintiff – 0.1 hrs. |

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| PLAINTIFF'S WITNESSES IN HER CASE IN CHIEF (PHASE 1) | | |
|---|---|---|
| **Name (description)** | **Date Called** | **Time Estimate** |
| (3.) **Craig Naylor** | ~~12/16/2024~~ 12/17/24 | **1 hr.** Examination by Plaintiff – 0.5 hrs. Cross by Aqua Defendants – 0.3 hrs. Cross by FS Defendants – 0.1 hrs. Re-direct by Plaintiff – 0.1 hrs. |
| (4.) **Michael Rabkin** | ~~12/16/2024~~ 12/17/2024 | **1.35 hrs.** Examination by Plaintiff – 0.5 hrs. Cross by Aqua Defendants – 0.5 hr. Cross by FS Defendants – 0.25 hrs. Re-direct by Plaintiff – 0.1 hrs. |

3

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| PLAINTIFF'S WITNESSES IN HER CASE IN CHIEF (PHASE 1) | | |
|---|---|---|
| **Name (description)** | **Date Called** | **Time Estimate** |
| **5. Sally Pai** | 12/17/2024 | **0.5 hrs.**<br><br>Examination by Plaintiff – 0.2 hrs.<br>Cross by Aqua Defendants – 0.1 hr.<br>Cross by FS Defendants – 0.1 hrs.<br>Re-direct by Plaintiff – 0.1 hrs. |
| **6. Zahra Baratian**<br><br>( Deposition transcript read ) | 12/17/2024 | **1.3 hrs.**<br><br>Examination by Plaintiff – 0.3 hrs.<br>Cross by Aqua Defendants – 0.5 hrs.<br>Cross by FS Defendants – 0.4 hrs.<br>Re-direct by Plaintiff – 0.1 hrs. |

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| PLAINTIFF'S WITNESSES IN HER CASE IN CHIEF (PHASE 1) | | |
|---|---|---|
| **Name (description)** | **Date Called** | **Time Estimate** |
| 7.) **Karla Mendez** | 12/17/2024 | **1.4 hrs.** <br><br> Examination by Plaintiff – 0.4 hrs. <br><br> Cross by Aqua Defendants – 0.5 hrs. <br><br> Cross by FS Defendants – 0.4 hrs. <br><br> Re-direct by Plaintiff – 0.1 hrs. |
| 8.) **Dr. Emma Adams** | 12/17/2024 <br> 12/18/2024 | **3.4 hrs.** <br> Examination by Plaintiff – 1.5 hrs. <br> Cross by Aqua Defendants – 1 hr. <br> Cross by FS Defendants – 0.4 hrs. <br> Re-direct by Plaintiff – 0.5 hrs. |

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| DEFENDANTS' WITNESSES IN THEIR CASE IN CHIEF (PHASE 1) | | |
|---|---|---|
| Name (description) | Date Called | Time Estime |
| 1. Joan Stiehl | 12/18/2024 | **1.05 hrs.** Examination by Aqua Defendants – 0.25 hrs. Cross by Plaintiff – 0.3 hrs. Cross by FS Defendants – 0.25 hrs. Re-direct by Aqua Defendants – 0.25 hrs. |

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| PLAINTIFF'S WITNESSES IN PHASE 2 | | |
|---|---|---|
| **Name (description)** | **Date Called** | **Time Estime** |
| **1. Drew Fountaine** | Phase 2 | **1 hr.**<br>Examination by Plaintiff – 0.4 hrs.<br>Cross by Aqua Defendants – 0.5 hrs.<br>Re-direct by Plaintiff – 0.1 hrs. |

**Total Hours for Plaintiff:** 6 hours (excluding Phase 2)

**Total Hours for Defendants:** 6 hours (excluding Phase 2)

7

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-6 and the Court's Civil Pretrial and Trial Order, updated March 1, 2024, Plaintiff Emma Adams ("Plaintiff") and Defendants Aqua 388 Community Association, Aqua Maintenance Corporation, FirstService Residential California, LLC, Rebecca Hawkins, and Christopher Harrington (collectively "Defendants") (collectively "the Parties") hereby submit their Fourth Amended Joint Trial Exhibit List, which sets forth the exhibits one or all of the Parties may seek to offer as evidence at trial.

The Parties reserve their respective rights to supplement and identify additional exhibits, including but not limited to for purposes of rebuttal and/or impeachment.

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1. | Aqua Maintenance Corporation Rules & Regulations (USA 1105-1148) | | |
| 2. | *Intentionally left blank.* | | |
| 3. | Aqua Transfer of Ownership Policy (USA 1724-1727) | | |
| 4. | 1/21/17 email chain between Adams and Hawkins (USA 1170) | | |
| 5. | 1/21/17 email from Adams to Hawkins (USA 1172-1174) | | |
| 6. | 1/24/17 email chain between Adams and Harrington (USA 1177-1178) | | |
| 7. | 5/25/17 letter from Adams to Aqua 388 HOA without exhibits (USA 0268-271) | | |
| 8. | Aqua Official Notice of change in Operating Rule (USA 3513-3514) | 12/16 | 12/16 |
| 9. | 1/23/18 Aqua Maintenance Board of Directors Meeting Minutes (USA 0932-939) | 12/17 | 12/17 |
| 10. | 4/5/18 email notification from Harrington (USA 1225-1226) | 12/16 | 12/16 |

PLAINTIFFS - 1

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| 11-13. | *Intentionally left blank.* | | |
|---|---|---|---|
| 14. | 6/25/18 email chain between Adams and Harrington (USA 1271-1273) | 12\|16 | 12\|16 |
| 15. | 6/27/18 email chain between Adams and Harrington (USA 1276-1277) | 12\|16 | 12\|16 |
| 16. | 6/27/18 email chain between Adams and Harrington (USA 1278-1279) | 12\|16 | 12\|16 |
| 17. | 6/27/18 email from Adams to Harrington (USA 0414) | 12\|16 | 12\|16 |
| 18. | 6/27/18 email chain between Adams and Harrington (USA 1280-1282) | 12\|18 | 12\|18 |
| 19-20. | *Intentionally left blank.* | | |
| 21. | 5/21/19 email chain between Adams and Harrington (USA 1231-1235) | | |
| 22. | 2/13/20 email notification from Harrington (USA 1185) | | |
| 23-24. | *Intentionally left blank.* | | |
| 25. | 3/26/20 email from Harrington to Arie Fowler (DEF 1320- 1324) | | |
| 26. | 2/17/16 Determan email and photo to Harrington (DEF 0960-961) | | |
| 27. | Undated picture of Parking Spot W-120 | 12\|17 | 12\|17 |
| 28. | Undated Adams texts with pictures of accessible parking spaces (USA 0452-455) | | |
| 29. | *Intentionally left blank.* | | |
| 30. | 1/21/17 Adams email to Hawkins (USA 1168) | | |
| 31. | 1/21/17 email chain between Adams and Hawkins (USA 1170) | | |
| 32. | 1/21/17 Adams email chain with Hawkins (USA 1181- 1182) | | |
| 33. | 1/21/17 Adams email with Applications for Architectural Modification (USA 1172-1173) | | |
| 34. | 1/24/17 Hawkins email to Harrington/Verona (DEF 0968, 970) | 12\|16 | 12\|16 |
| 35. | 1/24/17 email chain between Adams and Harrington (USA 1177-1178) | | |

PLAINTIFFS - 2

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| | | | |
|---|---|---|---|
| 36. | 1/25/17 Harrington email chain with Adams (DEF 0980- 981) | 12/16 | 12/16 |
| 37. | 5/4/17 Adams email to Craig Beck (USA 0434-435) | | |
| 38. | 5/22/17 Adams email to Heather Blackmun (USA 0436) | | |
| 39. | 5/22/17 Blackmun letter to Adams (USA 0438) | | |
| 40. | 5/24/17 Hawkins email to Harrington (USA 0514) | | |
| 41. | 5/25/17 letter from Adams to Aqua 388 HOA with exhibit A (USA 0268-275) | | |
| 42. | Minutes from Aqua 388 5/25/17 Board Meeting (USA 0456-460) | | |
| 43. | 6/26/17 email chain between Adams and Blackmun (USA 0442-444) | | |
| 44. | 5/31/17 Blackmun email to Adams (USA 0445) | | |
| 45. | *Intentionally left blank.* | | |
| 46. | 11/16/17 Incident Report (USA 0511) | 12/18 | 12/18 |
| 47. | 11/21/17 Incident Report (USA 0510) | | |
| 48. | *Intentionally left blank.* | | |
| 49. | Event Detail Reports for Dec. 2017 and Jan. 2018 (USA 1338-1353) | | |
| 50. | Aqua Maintenance Corp Rules & Regulations revised 2/2018 (USA 2909-2953) | | |
| 51. | 2/7/18 Aqua Official Notice of Change in Operating Rule (USA 0464-465) | | |
| 52. | 3/22/18 Adams HUD Complaint (USA 0075-78) | 12/17 | 12/17 |
| 53. | *Intentionally left blank.* | | |
| 54. | 4/16/28 Aqua Warning of Violation (DEF 1127-1128) | | |
| 55. | 5/16/18 Notice of Vehicle Violation (USA 3532) | 12/17 | 12/17 |
| 56. | 5/21/18 Notice of Vehicle Violation (USA 3528) | 12/17 | 12/17 |
| 57. | 5/23/18 Manalo emails with Harrington (USA 0506-508) | | |
| 58. | 5/23/18 Harrington emails with Adams (USA 1238-1240) | | |
| 59. | 5/23/18 Manalo email chain with Harrington (USA 0502- 505) | | |

PLAINTIFFS - 3

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| | | | |
|---|---|---|---|
| 60. | 5/23/18 Adams email with Paysan (USA 1256) | | |
| 61. | 5/23/18 Harrington emails with Adams (USA 1241-1246) | | |
| 62. | 5/23/18 Adams email to Manalo (USA 1261) | | |
| 63. | 5/23/18 Manalo email to Harrington (DEF 1842) | | |
| 64. | 5/23/18 Manalo email to Adams (USA 1264) | | |
| 65. | 6/1/18 Paloma Blanca email (DEF 1146) | | |
| 66. | 6/1/18 Marina email to Harrington (DEF 1147) | | |
| 67. | 6/24/18 Notice of Vehicle Violation (USA 3531) | 12/17 | 12/17 |
| 68. | 6/25/18 email chain between Adams and Harrington (USA 1271-1273) | | |
| 69. | 6/26/18 Harrington email to Todd Sheets (USA 0499-500) | | |
| 70. | 6/26/18 Harrington email to Arian Manalo (USA 0476- 477) | | |
| 71-78. | *Intentionally left blank.* | | |
| 78. | 7/25/18 HUD letter to Adams (USA 3540-3541) | | |
| 79. | 3/19/19 Rabkin email to Shelton (DEF 0359) | | |
| 80. | 5/3/19 Adams emails with Shelton (USA 1081-1082) | | |
| 81. | 5/7/19 Rabkin emails to Shelton (USA 1083-1084) | | |
| 82. | 5/9/19 Shelton email to Rabkin (USA 1088) | | |
| 83. | 5/19/19 Notice of Vehicle Violation (USA 0348) | 12/18 | 12/18 |
| 84. | *Intentionally left blank.* | | |
| 85. | 5/21/19 Harrington emails with Adams (USA 1230) | | |
| 86. | 6/10/19 Shelton email chain with Rabkin (DEF 0410-413) | | |
| 87. | 8/29/19 Cozena Shelton email to Adams with Reasonable Accommodation Agreement (USA 0349-351) | | |
| 88-89. | *Intentionally left blank.* | | |
| 90. | 10/23/19 Manning Law letter to Rabkin (DEF 0464-470) | | |

PLAINTIFFS - 4

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| | | | |
|---|---|---|---|
| 91. | 10/29/19 Rabkin letter to Manning Law (USA 0368-370) | | |
| 92. | *Intentionally left blank.* | | |
| 93. | 2/14/20 Adams emails with Harrington (USA 1201) | | |
| 94. | 9/21/21 FirstService notice of Long Beach Grand Prix (USA 1521-1523) | | |
| 95. | 12/21/21 email from Abel Silva to Harrington (DEF 1347) | | |
| 96. | 1/12/22 Adams email to Pai with attachments (USA 0386- 409) | | |
| 96A. | Documentation of selective enforcement (USA 0389, 0391-0400,0402-0404,0406-0409) | | |
| 96B. | 1/27/19 Notice of Vehicle Violation (USA 0408) | 12/18 | 12/18 |
| 97. | 1/22/22 Photo of Parking Space W-153 (USA 0451) | | |
| 98. | 2/9/22 Adams email chain with Pai (USA 0378-379) | | |
| 99. | 5/31/22 HUD letter to Adams with Amended HUD Complaint (USA 0091- 95) | | |
| 100. | 5/31/22 email chain between Rabkin and Pai (USA 0096- 99) | | |
| 101. | 9/23/22 Final Investigative Report (USA 0021-74) | | |
| 102. | 9/27/22 HUD email to Rabkin with Charging Docs (DEF 0886-922) | | |
| 103. | Cullinen notes and attachments (USA 1053-1080) | | |
| 104. | Parking Route for Aqua Towers (USA 3015) | | |
| 105. | Aqua Parking Patrol Procedures (DEF 0357) | | |
| 106. | *Intentionally left blank.* | | |
| 107A. | Markup of parking garage floor plans (DEF 0156-162) | 12/18 | 12/18 |
| 108. | Facebook posts (USA 0330-344) | | |

PLAINTIFFS - 5

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| | | | |
|---|---|---|---|
| 109. | Facebook posts (USA 0391-400) | | |
| 110. | Minutes from Aqua Maintenance 5/23/17 Board Meeting (USA 3503-3507) | | |
| 111. | HUD 3/23/18 Notice to Harrington of HUD Complaint (DEF 0208-218) | | |
| 112. | *Intentionally left blank.* | | |
| 113. | Aqua 388 Community Association's 2021-2022 Annual Budget (ADAMS 0001-33) | | |
| 114. | Aqua Maintenance Corporation 2021-2022 Annual Budget (ADAMS 0034-65) | | |
| 115. | Aqua 388 Community Association's 2023-2024 Annual Budget (ADAMS 0066-99) | | |
| 116. | Aqua Maintenance Corporation 2023-2024 Annual Budget (ADAMS 0100-131) | | |
| 117-119. | *Intentionally left blank.* | | |
| 120. | 12/7/17 Rabkin letter to Adams (USA 3231) | | |
| 121. | 3/22/18 Details from HUD Complaint (USA 3171-3173) | | |
| 122. | 3/25/18 Adams response to Gast request for information (USA 3174-3184) | | |
| 123. | *Intentionally left blank.* | | |
| 124. | HUD 3/23/18 Notice to Aqua 388 of HUD Complaint (DEF 0230-240) | | |
| 125. | HUD 3/23/18 Notice to FirstService Residential of HUD Complaint (DEF 0241-251) | | |
| 126. | 10/4/19 text message from Latimer (USA 0409) | 12/16 | 12/16 |
| 127-131. | *Intentionally left blank.* | | |
| 132. | Aqua 388 Response to USA Requests for Production (Set One), dated August 4, 2023 | | |
| 133. | Aqua Maintenance Response to USA Requests for Production (Set One), dated August 4, 2023 | | |

PLAINTIFFS - 6

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| 134. | Harrington Response to USA Requests for Production (Set One), dated August 4, 2023 | | |
|------|------------------------------------------------------------------------------------|---|---|
| 135. | FirstService Residential California Response to USA Requests for Production (Set One), dated August 4, 2023 | | |
| 136. | Hawkins Response to USA Requests for Production (Set One), dated August 4, 2023 | | |
| 137. | *Intentionally left blank.* | | |
| 138. | Video of Mashon Latimer (Video 2) [For identification only] | | |
| 139. | Video of Mashon Latimer (Video 3) [For identification only] | | |
| 140. | Video of Mashon Latimer (Video 4) [For identification only] | | |
| 141. | Video of Mashon Latimer (Video 5) [For identification only] | | |
| 142. | Video of Mashon Latimer (Video 6) [For identification only] | | |
| 143. | Dashcam Video dated 7/19/2018 | | |
| 144. | Dashcam Video dated 7/23/2018 (part 1) | | |
| 145. | Dashcam Video dated 7/23/2018 (part 2) | | |
| 146-147. | *Intentionally left blank.* | | |
| 148. | 6/25/18 Shelton email chain with Adams (ADAMS 0259- 260) | | |
| 149. | *Intentionally left blank.* | | |
| 150. | HUD Press Release, dated 10/3/22 | | |
| 151. | Video clip of Mashon Latimer on May 2, 2018 at 10:48 a.m. [For identification only] | | |
| 152. | Video clip of Mashon Latimer on May 2, 2018 at 11:11 a.m. [For identification only] | | |

PLAINTIFFS - 7

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| | | | | |
|---|---|---|---|---|
| 153. | Video clip of Mashon Latimer on May 2, 2018 at 12:00 p.m. [For identification only] | | | |
| 154. | Video clip with enhanced audio of Mashon Latimer on May 2, 2018 at 10:48 a.m. [For identification only] | | | |
| 155. | Video clip with enhanced audio of Mashon Latimer on May 2, 2018 at 11:11 a.m. [For identification only] | | | |
| 156. | Video clip with enhanced audio of Mashon Latimer on May 2, 2018 at 12:00 p.m. [For identification only] | | | |
| 157. | Series of emails between Emma Adams and Rebecca Hawkins, dated January 21, 2017 (USA 1168-1173) | 12/17 | 12/17 | |
| 158. | Email from Christopher Harrington to Emma Adams, et al., dated January 25, 2017 (USA 1184) | | | |
| 159. | Email from Emma Adams to Rebecca Hawkins, dated January 24, 2017 (USA 1179) | | | |
| 160. | Email from Emma Adams to Arian Manalo, dated May 23, 2018 (USA 1237) | | | |
| 161. | Email from Michael Paysan to Emma Adams, et al., dated May 23, 2018 (USA 1258) | | | |
| 162. | Email from Emma Adams to Christopher Harrington, dated June 27, 2018 | | | |
| 163. | Email from Aqua 388 Community Association Communications to Emma Adams, dated August 4, 2022 (USA 1283) | | | |
| 164. | Letter from Michael Rabkin to Emma Adams, dated May 31, 2017 (USA 1320-1323) | 12/17 | 12/17 | |
| 165. | Letter from Chris Harrington to Emma Adams, dated May 30, 2017 (USA 1331) | | | |
| 166. | Email From Chris Harrington to Emma Adams, dated August 11, 2020 (USA 1500-1501) | | | |
| 167. | Email between Mashon Latimer to Emma Adams, dated January 31, 2024 and email chain between Emma Adams and Bianca Fabian, dated February 14, 2024 | | | |

PLAINTIFFS - 8

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| 168. | Email from Aqua 388 Community Association Communications to Emma Adams re AQUA Maintenance Policy Update, dated February 4, 2024, with attachment | | |
|---|---|---|---|
| 169. | US Department of Housing and Urban Development Office of Hearings and Appeal Charge, dated September 27,2022 | | |
| 170. | March 2024 Aqua Community Newsletter | | |
| 171. | Email from Aqua 388 Community Association Communications to Emma Adams re Important Policy Updates, dated February 2, 2024, with attachment | | |
| 172. | Handicap parking violation, 11/28/2021 (DEF 1343) | | |
| 173. | Email to Aqua re: Handicap parking violations and towing, 11/29/2021 (DEF 1344) | | |
| 174. | Minutes for the October 26, 2017 Aqua 388 Community Association Board of Directors Meeting (USA 1839-1844) | | |
| 175. | Minutes for the August 31, 2017 Aqua 388 Community Association Board of Directors Meeting (USA 1827-1833) | | |
| 176. | Email exchange between Pai and Rabkin, 3/1 7/2022 (USA 1095-1096) | | |
| 177. | Minutes for the March 28, 2019 Aqua 388 Community Association Board of Directors Meeting (USA 1752-1755) | | |
| 178. | Minutes for the October 25, 2018 Aqua 388 Community Association Board of Directors Meeting (USA 1774-1778) | | |
| 179. | Series of emails between Chris Harrington to Emma Adams, et al., dated January 12, 2022 (USA 1154-1157) | | |
| 180. | Documents of financial condition for FirstSevice Residential California, LLC | | |
| 181. | Documents of financial condition for Aqua 388 Community Association | 12/19 | 12/19 |

PLAINTIFFS - 9

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| No. | Description | | |
|---|---|---|---|
| 182. | Documents of financial condition for Aqua Maintenance Corporation | 12/19 | 12/19 |
| 183. | Documents of financial condition for Chris Harrington | | |
| 184. | Handicap parking log (DEF 1187-1292) | | |
| 185. | Excerpts of video clip with enhanced audio of Mashon Latimer on May 2, 2018 at 10:48 a.m. with subtitles [For identification only] | | |
| 186. | Excerpts of video clip with enhanced audio of Mashon Latimer on May 2, 2018 at 11:11 a.m. with subtitles [For identification only] | | |
| 187. | Excerpts of video clip with enhanced audio of Mashon Latimer on May 2, 2018 at 12:00 p.m. with subtitles [For identification only] | | |
| 188. | Consent Decree dated January 22, 2024 (Dkt. No. 65) | | |
| 189. | Audio recording of Mashon Latimer (ADAMS 0002) [For identification only] | | |
| 190. | Handwritten Note (USA003526) | 12/17 | 12/17 |
| 191. | Parking report (Different Format), 12/9/2017 (DEF 1100- 1102) | | |
| 192. | Email from Hawkins to Adams (w/ attachments), 2/14/2018 (USA 1186-1200) | | |
| 193. | Email from Harrington to Adams (w/ attachments), 6/26/2018 (DEF 1154-1157) | | |
| 194. | Email between Shelton and Rabkin, 11/8/2018 (DEF 0262- 266) | | |
| 195. | Handicap parking log [DEF 1101-1104] | | |
| 196. | Email from Shelton to Rabkin, 3/12/2019 (DEF 0267-271) | | |
| 197. | Email from Rabkin to Shelton, 3/14/2019 (DEF 0272-303) | | |
| 198. | Email exchange between Rabkin and Shelton, 3/18/2019 (DEF 0358-369) | | |

PLAINTIFFS - 10

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| | | | |
|---|---|---|---|
| 199. | Handicap parking log, 10/5/2021 (DEF 1340-1342) | | |
| 200. | *Intentionally left blank.* | | |
| 201. | Level One Garage Plan, 5/11/2005 (Defendants 000154- 156) (MSJ 32-3 pg 6) | 12/17 | 12/17 |
| 202. | Level Two Garage Plan, 5/11/2005 (Defendants 000157- 159) (MSJ 32-3 pg 7) | 12/17 | 12/17 |
| 203. | Level Three Garage Plan, 5/11/2005 (Defendants 000160- 162) (MSJ 32-3 pg 8) | 12/17 | 12/17 |
| 204. | Adams email with 2 Applications dated 1/17/2017 for Architectural Modification, 1/21/2017 (USA 1172-1173) | | |
| 205. | Email from Hawkins to Adams, 1/24/2017 (USA 1179) | | |
| 206. | Notice re: Handicap Advisory and towing, 2/16/2017 (DEF 0989-990) | | |
| 207. | Incident Report re Vehicle in Accessible Space with Expired Placard, 2/16/2017 (DEF 0991) | | |
| 208. | Email from Adams to Harrington, 3/29/2017 (USA 1216) | | |
| 209. | Email from Adams to Harrington, 3/30/2017 (USA 1223) | | |
| 210. | Email from Harrington to Adams, 3/30/2017 (USA 1222) | | |
| 211. | Email from Adams to Harrington, 3/30/2017 (USA 1221) | | |
| 212. | Email from Harrington to Adams, 4/3/2017 (USA 1224) | | |
| 213. | Letter from Adams to Aqua 338 with attachments, 5/25/2017 (USA 0268-306) | 12/16 | 12/16 |
| 214. | Aqua 388 Board of Director Minutes, 5/25/2017 (USA 0456-460) | | |
| 215. | Letter from Aqua 388 to Adams, 5/30/2017 (USA 0461) | | |
| 216. | Letter from Rabkin to Adams, 5/31/2017 (USA 0468-470) | 12/16 | 12/16 |

PLAINTIFFS - 11

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| 217. | Incident report, 6/30/2017 (USA 0513) | | |
|---|---|---|---|
| 218. | Incident Report, 11/16/2017 (USA 0511) | | |
| 219. | Incident Report, 11/21/2017 (USA 0510) | | |
| 220. | Parking report, 12/6/2017 (DEF 1098-1099) | | |
| 221. | Letter from Rabkin to Adams, 12/7/2017 (USA 0462) | | |
| 222. | Letter to Aqua Maintenance Members, 12/13/2017 (DEF 1103-1104) | 12/16 | 12/16 |
| 223. | Aqua Maintenance Board of Directors Meeting Minutes, 1/23/2018 (USA 0932-939) | | |
| 224. | Aqua Maintenance Board of Director Resolution, 1/23/2018 (DEF 1114-1115) | 12/17 | 12/17 |
| 225. | Adams' HUD Discrimination Complaint, 3/22/2018 (USA 0075-78) | 12/17 | 12/17 |
| 226. | Email from Harrington to Residents, 4/5/2018 (USA 1225- 1226) | | |
| 227. | Letter from Rabkin to Quesada (HUD) with attachments, 4/10/2018 (USA 0466-475) | | |
| 228. | Email to all residents, 4/26/2018 (USA 1229) | | |
| 229. | Email from Adams to Manalo, 5/23/2018 (USA 1237) | | |
| 230. | Email from Adams to Harrington, 6/27/2018 (USA 0414) | | |
| 231. | email chain between Adams and Harrington, 6/27/2018 (USA 1276-1277) | | |
| 232. | Adams email to Harrington, 6/27/2018 (DEF 1850) | | |

PLAINTIFFS - 12

Emma Adams v. Aqua 388 Community Association et al.

Case No.: 2:23-CV-02498-SB-JPR

| | | | |
|---|---|---|---|
| 233. | email chain between Adams and Harrington, 6/27/2018 (USA 1280-1282) | | |
| 234. | email chain between Adams and Harrington, 6/28/2018 (USA 1280-1282) | | |
| 235. | Notes and measurements by Shelton and Jerry Cullinen, 4/5/2019 (USA 1053-1080) | | |
| 236. | Email exchange between Rabkin and Shelton, 4/11/2019 (DEF 0373) | | |
| 237. | Email exchange between Rabkin and Shelton, 4/22/2019 (DEF 0380-387) | | |
| 238. | Adams emails with Shelton, 5/3/2019 (USA 1081-1082) | | |
| 239. | Email from Shelton to Rabkin (w/ attachments on DEF Copy), 5/7/2019 (DEF 0388-392) | | |
| 240. | Email from Shelton to Rabkin, 5/8/2019 (USA 1085) | | |
| 241. | Email exchange between Shelton to Rabkin, 5/9/2019 (DEF 0397-404) | | |
| 242. | Email exchange between Adams and Harrington (w/attachment Parking Citation), 5/20/2019 through 5/21/19 (USA 1231-1234) | | |
| 243. | Letter to Adams from G4S, 5/21/2019 (USA 0652) | | |
| 244. | Email exchange between Shelton and Rabkin (w/ photographs), 6/10/2019 (DEF 0410-423) | | |
| 245. | Email exchange between Shelton and Rabkin, 8/27/2019 (DEF 0435-4b   47) | | |
| 246. | Email from Shelton to Adams (w/ attachment), 8/29/2019 (DEF 0846-848) | | |
| 247. | Cozena Shelton email to Adams with Reasonable Accommodation Agreement, 8/29/2019 (USA 0349-351) | | |

PLAINTIFFS - 13

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| | | | |
|---|---|---|---|
| 248. | Incident report 10-16-19 23:00, 10/16/2019 (DEF 1869) | | |
| 249. | Incident report 10-16-19 23:05 (w/ attachments DEF), 10/17/2019 (DEF 1870-1874) | | |
| 250. | Incident report, 10/17/2019 (DEF 1875-1879) | | |
| 251. | Letter from Rabkin to Shelton with attachments, 10/18/2019 (USA 0653-664) | | |
| 252. | Rabkin letter to Manning Law, 10/29/2019 (USA 0368- 370) | | |
| 253. | Email exchange between Shelton and Rabkin, 2/10/2020 (DEF 0481-482) | | |
| 254. | Email exchange between Rabkin and Shelton (w/ photographs), 2/13/2020 (DEF 0483-488) | | |
| 255. | email notification from Harrington to Adams, 2/13/2020 (USA 1185) | 12/16 | 12/16 |
| 256. | Email from Rabkin to Shelton re Removing Reserved Sign, 2/14/2020 (DEF 0489) | | |
| 257. | Email exchange between Rabkin and Shelton, 3/5/2020 (DEF 0490-493) | | |
| 258. | Email from Rabkin to Shelton, 8/10/2020 (DEF 0724-726) | | |
| 259. | Email from Adams to Shelton, 10/6/2021 (USA 0257-260) | | |
| 260. | Email from Adams to Pai with attachments, 1/22/2022 (USA 0410-411) | | |
| 261. | Photo of Parking Space W-153, 1/22/2022 (USA 0451) | 12/18 | 12/18 |
| 262. | Email exchange between Rabkin to Pai, 3/11/2022 (USA 1097-1099) | | |
| 263. | Emails between Pai and Rabkin, 3/22/2022 (USA 1094) | | |
| 264. | Email from Rabkin to Pai, 5/24/2022 (USA 0862-865) | | |
| 265. | First Amended Adams' HUD Discrimination Complaint, 5/31/2022 (USA 0087-90) | | |
| 266. | email chain between Rabkin and Pai, 5/31/2022 (USA 0096-99) | | |

PLAINTIFFS - 14

**Emma Adams v. Aqua 388 Community Association et al.**

**Case No.: 2:23-CV-02498-SB-JPR**

| | | | |
|---|---|---|---|
| 267. | HUD Determination of Reasonable Cause and No Reasonable Cause, 9/15/2022 (USA 0001-20) | | |
| 268. | Final Investigative Report (HUD), 9/23/2022 (USA 0021- 74) | | |
| 269. | Defendants RFAs to Plaintiff, 7/11/2023 | | |
| 270. | Defendants RFPs to Plaintiff, 7/11/2023 | | |
| 271. | Defendants Interrogatories to Plaintiff, 7/11/2023 | | |
| 272. | Plaintiff's response to Defendants RFAs, 7/11/2023 | | |
| 273. | Plaintiff's response to Defendants RFPs, 7/11/2023 | | |
| 274. | Plaintiff's response to Defendants Interrogatories, 7/11/2023 | | |
| 275. | Video of Plaintiff getting into vehicle | 12/17 | 12/17 |
| 276. | Email chain, ending June 1, 2017 | 12/16 | 12/16 |
| 277. | Email chain between Rabkin and Harrington, 12/5/2017 (MR-51 – MR-53) | | |
| 278. | Email chain between Rabkin and Harrington, 12/5/2017 (MR-54 – MR-60) | 12/16 | 12/16 |
| 279. | Email chain between Rabkin and Harrington, 6/27/2018 (MR-179 – MR-180) | 12/17 | 12/17 |
| 280 | Copy of FAC | 12/18 | |

PLAINTIFFS - 15