F I L E D
CLERK, U.S. DISTRICT COURT
12/19/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LFA___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA ADAMS, an individual,<br><br>        Plaintiff,<br><br>  v.<br><br>AQUA 388 COMMUNITY ASSOCIATION et al.,<br><br>        Defendants. | Case No.: 2:23-cv-02498-SB-JPR<br><br>[Assigned to the Honorable Stanley Blumenfeld – Courtroom 6C]<br><br>**VERDICT FORM** |

We, the jury in the above-entitled action, find as follows on the questions submitted to us:

## I. Compensatory Damages

1. Was the wrongful conduct of one or more Defendants a substantial factor in causing Plaintiff harm?

| | | |
|---|---|---|
| Aqua 388 Community Association | X  YES | ___ NO |
| Aqua Maintenance Corporation | X  YES | ___ NO |
| FirstService Residential California, LLC | X  YES | ___ NO |

*If you answered "YES" for at least one Defendant, please proceed to Question 2. If you answered "NO" for every Defendant, please proceed to Question 3.*

2. What is the amount of damages to compensate Plaintiff for her injuries caused by Defendants' unlawful conduct? __7 Million__

*Please proceed to Question 3.*

## II. Punitive Damages

3. Are any Defendants liable for punitive damages?

| | | |
|---|---|---|
| Aqua 388 Community Association | X  YES | ___ NO |
| Aqua Maintenance Corporation | X  YES | ___ NO |

After you have reached a unanimous verdict, please sign and date this form.

Dated: 12/19/24

[signature redacted]
Foreperson

- 2 -