Case 2:23-cv-02498-SB-JPR     Document 337     Filed 12/19/24     Page 1 of 2     Page ID #:5623

FILED
CLERK, U.S. DISTRICT COURT
12/19/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___LFA___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

EMMA ADAMS, an individual,

    Plaintiff,

v.

AQUA 388 COMMUNITY ASSOCIATION et al.,

    Defendants.

Case No.: 2:23-cv-02498-SB-JPR

[Assigned to the Honorable Stanley Blumenfeld – Courtroom 6C]

**VERDICT FORM (PHASE TWO)**

We, the jury in the above-entitled action, find as follows on the questions submitted to us:

4. What amount of punitive damages, if any, do you award to punish each Defendant?

| | |
|---|---|
| Aqua 388 Community Association | $100,000.00 |
| Aqua Maintenance Corporation | $300,000.00 |

After you have reached a unanimous verdict, please sign and date this form.

Dated: 12/19/24

_____
Foreperson