UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**AMENDED CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:23-cv-02498-SB-JPR |
| Date | December 19, 2024 |
| Title: | Emma Adams v. Aqua 388 Community Association et al |

Present: The Honorable STANLEY BLUMENFELD, JR., United States District Judge

| Lynnie Fahey | Amy Diaz/CourtSmart |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Russell Lasser Kornblith, Brent A Hannafan | Stephen Edward Abraham, Melissa T. Daugherty, Roger Barry Frederickson |

___ Day Court Trial   Fourth Day Jury Trial

___ One day trial:   ___ Begun (1st day);   ___ Held & Continued;   **X** Completed by jury verdict.

___ The Jury is impaneled and sworn.
___ Opening statements made by _____
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.   ✓ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   ✓ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   ___ defendant(s) is read and filed.
✓ Jury polled.   ___ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
___ Judgment by Court for ___ plaintiff(s)   ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by ___ plaintiff(s)   ___ defendant(s).
___ Case submitted.   Briefs to be filed by _____
___ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.
___ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.
___ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
___ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Trial proceeds to Phase Two. Counsel for plaintiff is ordered to prepare a proposed formal judgment by close of business day December 23, 2024.

  : _____
Initials of Deputy Clerk   LFA

cc: