UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA ADAMS, | Case No. 2:23-cv-02498-SB-JPR |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| AQUA 388 COMMUNITY ASSOCIATION, et al., | |
| Defendants. | |

On October 6, 2023, the Court granted partial summary judgment for the United States, suing on behalf of Plaintiff Emma Adams, finding Defendants Aqua 388 Community Association, Aqua Maintenance Corporation, FirstService Residential California, LLC, Christopher Harrington, and Rebecca Hawkins liable for failing to reasonably accommodate Plaintiff in violation of the Fair Housing Act.

On April 2, 2024, the Court approved the parties' joint stipulation that Plaintiff would not seek damages against Defendant Rebecca Hawkins.

On July 12, 2024, the jury in the original trial found Defendant Christopher Harrington not liable for compensatory or punitive damages.

Pursuant to the Court's order granting partial summary judgment on liability, the parties' stipulation, the Jury's Phase 1 verdict rendered on July 12, 2024 as to Defendant Harrington, and the Jury's Phase 1 and Phase 2 verdicts rendered on December 19, 2024, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. Defendants Aqua 388 Community Association, Aqua Maintenance Corporation, and FirstService Residential California, LLC are jointly and severally liable to Plaintiff Emma Adams in the amount of $7,000,000.00 (SEVEN MILLION DOLLARS) for compensatory damages;

2. Defendant Aqua 388 Community Association is liable to Plaintiff Emma Adams in the amount of $100,000.00 (ONE HUNDRED THOUSAND DOLLARS) for punitive damages;

3. Defendant Aqua Maintenance Corporation is liable to Plaintiff Emma Adams in the amount of $300,000.00 (THREE HUNDRED THOUSAND DOLLARS) for punitive damages; and

4. Defendants Christopher Harrington and Rebecca Hawkins are not liable to Plaintiff Emma Adams for either compensatory or punitive damages.

DATED: December 23, 2024



Stanley Blumenfeld, Jr.
United States District Judge