UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:23-CV-02498-SB-JPR | Date: | January 24, 2025 |
|---|---|---|---|

| Title: | Emma Adams v. Aqua 388 Community Association et al |
|---|---|

| Present: The Honorable | STANLEY BLUMENFELD, JR., U.S. District Judge |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Russell Lasser Kornblith | Stephen Edward Abraham |
| Brent A Hannafan | Melissa T. Daugherty |
| Kevin H. Sharp | Roger Barry Frederickson |
|  | Brett Graham Hampton |

**Proceedings: (Minutes of)** Motion for Attorney's Fees [345 and 353]; Motion for New Trial [346]; Motion for Judgment as a Matter of Law [347]; Motion to Alter/Amend the Judgment and for New Trial [348]; Motion for Attorney's Fees [350]; Motion for Interest [351]

    The Court heard argument from counsel on the Aqua Defendants' motion for judgment as a matter of law (Dkt. No. 347); the Aqua Defendants' motion for new trial (Dkt. No. 346); and Defendant FirstService Residential's motion to alter/amend the judgment and for new trial (Dkt. No. 348). The Court took the matters under submission. The Court did not hear argument on the motions for attorney's fees, costs, and interest (Dkt. Nos. 345, 350, 351, 353) and will set a further hearing if argument (or additional argument) is required on any of the motions.

    During the hearing, the Court stated that (1) Defendants did not request that the Court distinguish among them in ruling on the summary judgment motion and (2) Plaintiff did not request a retrial based on the inconsistent verdict in the first trial. Any party disagreeing with these statements shall file a supplemental notice citing the specific portions of the record that contradict the Court's understanding.

FSR must file any such supplement by 5 p.m. on January 27, 2025; Plaintiff shall file any such supplement by 5 p.m. on January 28, 2025.

      The Court ordered the parties to participate in mediation. The parties are to contact Seth Aronson, Esq., on the mediation panel by no later than January 30, 2025 for purposes of conducting the mediation by no later than February 26, 2025. The parties shall arrange for the mediation with Mr. Aronson using the Central District of California's ADR Panel procedures (which can be found on the Central District's website) and shall comply with his requirements for the mediation (including its location). The parties shall file a joint status report by 9:00 a.m. on February 27, 2025 and appear for a post-mediation conference in Courtroom 6C on February 28, 2025 at 8:30 a.m.

      1:35