Russell Kornblith (State Bar No. 289329)
rkornblith@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
17 State Street, Suite 3700
New York, NY 10004
Telephone:(646) 402-5646
Facsimile: (646) 402-5651

Kevin Sharp*
ksharp@sanfordheisler.com
Brent Hannafan*
bhannafan@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
Telephone: (615) 434-7001
Telephone: (615) 434-7016
Facsimile: (615) 434-7020

*admitted *pro hac vice*

Attorneys for Plaintiff Emma Adams

[Additional counsel cont. on next page]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMMA ADAMS, | Case No.: 2:23-cv-02498-SB-JPR |
| Plaintiff, | **JOINT REQUEST FOR DECISION ON PENDING MATTERS [LR 83-9]** |
| v. | **[ECF DOC. 385]** |
| AQUA 388 COMMUNITY ASSOCIATION, ET AL., | Assigned to the Hon. Stanley Blumenfeld, Jr., United States District Judge |
| Defendants. | |

JOINT REQUEST (LR 83-9)

1 | [Counsel cont. from previous page]

STEPHEN E. ABRAHAM (State Bar No. 172054)
stephen@abraham-lawoffices.com
LAW OFFICES OF STEPHEN E. ABRAHAM
1592 Pegasus Street, Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

Attorneys for Defendants Aqua 388 Community Association, Aqua Maintenance Corporation

MELISSA T. DAUGHERTY (State Bar No. 227451)
mdaugherty@ohaganmeyer.com
O'HAGAN MEYER, LLP
550 S. Hope Street, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 647-0060

Attorneys for Defendant Aqua Maintenance Corporation

ROGER B. FREDERICKSON (State Bar No. 161773)
rfrederickson@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7477
Facsimile: (619) 696-7124

Attorneys for Defendants FirstService Residential California, LLC, Rebecca Hawkins

BRETT G. HAMPTON (State Bar No. 161773)
bhampton@kmfm.com
KOLETSKY MANCINI FELDMAN LLP
3460 Wilshire Boulevard, Eighth Floor
Los Angeles, California 90010
Telephone: (213) 427-2350
Facsimile: (213) 427-2366

Attorneys for Defendant Christopher Harrington

---

JOINT REQUEST (LR 83-9)

Pursuant to Local Rule 83-9 and specifically LR 83-9.2, the parties, by their counsel of record, herewith request that this Court render and file its decision on submitted matters as set forth in its Minute Order [ECF 385].

Respectfully Submitted,

Dated: May 29, 2025               SANFORD HEISLER SHARP MCKNIGHT, LLP

By: ___/s/ *Russell Kornblith*___
Russell Kornblith
Kevin Sharp
Brent Hannafan
Attorneys for Plaintiff Emma Adams

Dated: May 29, 2025               LAW OFFICES OF STEPHEN E. ABRAHAM

By: ___/s/ *Stephen Abraham*___
Stephen E. Abraham
Attorneys for Defendants Aqua 388 Community Association, Aqua Maintenance Corporation

Dated: May 29, 2025               O'HAGAN MEYER, LLP

By: ___/s/ *Melissa Daugherty*___
Melissa T. Daugherty
Attorneys for Defendant Aqua Maintenance Corporation

Dated: May 29, 2025               GORDON REES SCULLY MANSUKHANI, LLP

By: ___/s/ *Roger Frederickson*___
Roger B. Frederickson
Attorneys for Defendants FirstService Residential California, LLC, Rebecca Hawkins

Dated: May 29, 2025               KOLETSKY MANCINI FELDMAN LLP

By: ___/s/ *Brett Hampton*___
Brett G. Hampton
Attorneys for Defendant Christopher Harrington

JOINT REQUEST (LR 83-9]                - 1 -