1  Russell Kornblith (CSB No. 289329)
   rkornblith@sanfordheisler.com
2  Attorney for Plaintiff Emma Adams
   SANFORD HEISLER SHARP MCKNIGHT, LLP
3  17 State Street, Suite 3700
   New York, NY 10004
4  Telephone: 646-402-5646
   Facsimile: 646-402-5651
5
   Kevin Sharp*
6  ksharp@sanfordheisler.com
   Brent Hannafan*
7  bhannafan@sanfordheisler.com
   Attorneys for Plaintiff Emma Adams
8  SANFORD HEISLER SHARP MCKNIGHT, LLP
   611 Commerce Street, Suite 3100
9  Nashville, TN 37203
   Telephone: 615-434-7001
10 Telephone: 615-434-7016
   Facsimile: 615-434-7020
11 *admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

12

13 | EMMA ADAMS, | Case No.: 2:23-CV-02498-SB-JPR |

14 | Plaintiff, | **DECLARATION OF RUSSELL KORNBLITH IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF** |

15 | vs. | |

16 | AQUA 388 COMMUNITY ASSOCIATION, ET AL., | Assigned to the Hon. Stanley Blumenfeld, Jr., U.S. District Judge |

17 | Defendants. | |

18 | | Hearing Date: August 29, 2025 Proposed |

19 | | Hearing Time: 8:30am Proposed Complaint filed: April 3, 2023 |

20 | | Trial Date: December 16, 2024 Courtroom: 6C |

KORNBLITH DECL ISO MTN TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF - 1

1

## **DECLARATION OF RUSSELL KORNBLITH**

2     I, Russell Kornblith, hereby declare and say:

3     1.     I am a partner at the law firm of Sanford Heisler Sharp McKnight, LLP.

4 I am an attorney admitted to practice law in California and before this Court, and am

5 counsel of record for Plaintiff in this action. The information contained herein is

6 based on my personal knowledge, or upon review of files and documents generated

7 or received and regularly maintained by my office in connection with this case. If

8 called upon, I could testify in a court of law to the accuracy of the matters set forth

9 herein.

10     2.     I provided written notice to Plaintiff pursuant to Local Rule 83-2.3.2 on

11 August 12, 2025. Plaintiff indicated that she opposes the withdrawal of my firm

12 before she has secured substitute counsel.

13     3.     I provided written notice to all Parties pursuant to Local Rule 83-2.3.2

14 on August 13, 2025. Pursuant to Local Rule 7-3, Counsel met and conferred via

15 telephone on August 13, and a Microsoft Teams call on August 14. Defense counsel

16 responded that they do not oppose the motion.

17     4.     I bring the instant motion with my co-counsel and law partners, Kevin

18 Sharp and Brent Hannafan, because the attorney-client relationship with Dr. Adams

19 has irretrievably broken down.

20

KORNBLITH DECL ISO MTN TO WITHDRAW AS COUNSEL OF RECORD
FOR PLAINTIFF - 2

1    I declare under penalty of perjury under the laws of State of California and

2    the United States of America that the foregoing is true and correct. Executed this

3    15th day of August 2025, in Hoboken, New Jersey.

4                                           */s/ Russell Kornblith*
                                            Russell Kornblith

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

KORNBLITH DECL ISO MTN TO WITHDRAW AS COUNSEL OF RECORD
FOR PLAINTIFF - 3