1  Russell Kornblith (CSB No. 289329)
   rkornblith@sanfordheisler.com
2  Attorney for Plaintiff Emma Adams
   SANFORD HEISLER SHARP MCKNIGHT, LLP
3  17 State Street, Suite 3700
   New York, NY 10004
4  Telephone: 646-402-5646
   Facsimile: 646-402-5651
5
   Kevin Sharp*
6  ksharp@sanfordheisler.com
   Brent Hannafan*
7  bhannafan@sanfordheisler.com
   Attorneys for Plaintiff Emma Adams
8  SANFORD HEISLER SHARP MCKNIGHT, LLP
   611 Commerce Street, Suite 3100
9  Nashville, TN 37203
   Telephone: 615-434-7001
10 Telephone: 615-434-7016
   Facsimile: 615-434-7020
11 *admitted *pro hac vice*

12              UNITED STATES DISTRICT COURT
               CENTRAL DISTRICT OF CALIFORNIA

13 EMMA ADAMS,                         Case No.: 2:23-CV-02498-SB-JPR

14      Plaintiff,                     **DECLARATION OF KEVIN
                                       SHARP IN SUPPORT OF MOTION
15 vs.                                 TO WITHDRAW AS COUNSEL OF
                                       RECORD FOR PLAINTIFF**
16 AQUA 388 COMMUNITY                  Assigned to the Hon. Stanley
   ASSOCIATION, ET AL.,                Blumenfeld, Jr., U.S. District Judge
17      Defendants.
                                       Hearing Date: August 29, 2025
18                                     Proposed
                                       Hearing Time: 8:30am Proposed
19                                     Complaint filed: April 3, 2023
                                       Trial Date: December 16, 2024
20                                     Courtroom: 6C

SHARP DECL ISO MTN TO WITHDRAW AS COUNSEL OF RECORD FOR
PLAINTIFF - 1

## **DECLARATION OF KEVIN SHARP**

I, Kevin Sharp, hereby declare and say:

1.      I am a partner at the law firm of Sanford Heisler Sharp McKnight, LLP. I am an attorney admitted *pro hac vice* to practice law before this Court, and am counsel of record for Plaintiff in this action. The information contained herein is based on my personal knowledge, or upon review of files and documents generated or received and regularly maintained by my office in connection with this case. If called upon, I could testify in a court of law to the accuracy of the matters set forth herein.

2.      My law firm provided written notice to Plaintiff pursuant to Local Rule 83-2.3.2 on August 12, 2025.

3.      My law firm provided written notice to all Parties pursuant to Local Rule 83-2.3.2 on August 13, 2025. Pursuant to Local Rule 7-3, Counsel met and conferred via telephone on August 13, and a Microsoft Teams call on August 14. Defense counsel responded that they do not oppose the motion.

4.      I bring the instant motion with my co-counsel and law partners, Russell Kornblith and Brent Hannafan, because the attorney-client relationship with Dr. Adams has irretrievably broken down.

SHARP DECL ISO MTN TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF - 2

1    I declare under penalty of perjury under the laws of State of California and

2 the United States of America that the foregoing is true and correct. Executed this

3 15th day of August 2025, in La Jolla, California.

4              */s/ Kevin Sharp*
               Kevin Sharp

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

SHARP DECL ISO MTN TO WITHDRAW AS COUNSEL OF RECORD FOR
PLAINTIFF - 3