

August 20, 2025

Hon. Stanley Blumenfeld, Jr.
United States District Court
Central District of California


Re:   *ADAMS v. AQUA 388 ET AL*
      Case No. 2:23-cv-02498-SB-JPR

Dear Judge Blumenfeld:

    I write first to acknowledge receipt of the motion to withdraw recently filed by my trial attorneys, Russell Kornblith, Brent Hannafan, and Kevin Sharp, set to be heard on August 22, 2025.

    While I reject all of the sub rosa implications in their motion (that their need to withdraw was caused by my intransigence or failure to cooperate), I state here that, for reasons not germane to this correspondence, I have lost confidence in their representation and have written them today to formally dismiss them for cause. (A copy of my letter to trial counsel is attached.)

    In my new capacity representing myself for the moment in pro per, I also respectfully advise the Court that, for reasons also not germane to this communication, I must reject the Court's remittitur proposal and hereby choose to proceed to a third jury trial at the earliest convenience of the Court and of counsel.

    With respect to timing, I want also to report to the Court that, two days ago, I met with prospective new trial counsel, Robert N. Hocker, who has indicated a willingness to represent me at trial. However, Mr. Hocker has trials scheduled through the end of this year and can *only* take on my case if the Court agrees to set the trial date in 2026. I respectfully ask the Court to make that accommodation, as there are many impediments to me finding experienced trial counsel

Hon. Stanley Blumenfeld, Jr.
August 20, 2025
***ADAMS v. AQUA 388 ET AL***
Case No. 2:23-cv-02498-SB-JPR

willing to take on a case like this with its history and complexities, and I have great confidence in Mr. Hocker and strongly desire that he represent me going forward.

Further in support of my request to schedule the trial in 2026, I must advise the Court that I am currently, on the advice of my health care providers, receiving specialized medical treatment as an in-patient at a residential medical facility in Indiana. This treatment is expected to continue for at least the next two months, and I am hopeful it will enable me to be available for trial in early 2026.

    If the Court requires it, I can support my request for a 2026 trial date with a formal motion supported by declarations from Mr. Hocker or my health care providers.  For now, in an abundance of caution, I am signing this letter to you under penalty of perjury, declaring that the matters set forth herein are true to my personal knowledge and that my request for a 2026 trial date is for the reasons indicated and not intended simply for the purposes of delay..

        Sincerely,

        *Emma Adams*
        Emma Adams


Cc:   (All Counsel per attached proof of service)

**From:** E. emma.adams000@gmail.com
**Subject:** Adams v. Aqua 388 et al
**Date:** August 20, 2025 at 4:30 PM
**To:** Russell Kornblith rkornblith@sanfordheisler.com, Kevin H. Sharp ksharp@sanfordheisler.com, Brent Hannafan bhannafan@sanfordheisler.com, MDaugherty@ohaganmeyer.com, rfrederickson@grsm.com, Stephen Abraham stephen@abraham-lawoffices.com, bhampton@kmfm.com
**Cc:** John M. Morris jmmorris@higgslaw.com



Counsel,

Please see the attached letter for your records.

Emma

Letter to Judge Blumenfeld 8-20-25.pdf
81 KB

August 20, 2025

Russell Kornblith, Esq.
SANFORD HEISLER SHARP
MCKNIGHT, LLP
17 State Street, Suite 3700
New York, NY 10004
rkornblith@sanfordheisler.com

Kevin Sharp, Esq.
Brent Hannafan, Esq.
SANFORD HEISLER SHARP
MCKNIGHT, LLP
611 Commerce Street, Suite 3100
Nashville, TN 37203
ksharp@sanfordheisler.com
bhannanfan@sanfordheisler.com

Via:  E-mail and U.S. Mail

Re:  ***ADAMS v. AQUA 388 ET AL***
Case No. 2:23-cv-02498-SB-JPR

Dear Messrs. Kornblith, Sharp and Hannafan:

First, know that I sincerely appreciate the work your firm did for me at trial. Second, know that I was initially welcomed your promise to continue my representation through the next trial (being aware, as you were, of my unwillingness to accept a remitter from the district court).

However, since that time, by reason of your recent efforts to bully me into accepting a remittitur that I find unacceptable and the misrepresentations you have made to me in recent emails and the negative innuendo in your motion to withdraw, I have lost complete confidence in your willingness or ability to represent me going forward. Therefore, I am reluctantly compelled to—and do hereby—discharge your services, effective immediately. I intend to notify the district court of that decision today in a letter I will serve upon you and adverse counsel.

August 20, 2025
*ADAMS v. AQUA 388 ET AL*
Case No. 2:23-cv-02498-SB-JPR

    Please compile all of my files for transmission to new counsel once I make final arrangements in that regard. In the interim, I request that all future communications be directed in writing to John Morris at Higgs Fletcher & Mack in San Diego (401 West. A Street, Suite 2500, San Diego, CA. 92101), my newly retained counsel to advise me with respect to my present appellate options. Please ensure that I am copied on all such communications.

    I am well aware that you will press a lien against my ultimate recovery, but that is not an issue I intend to address now. There will come a time for that, after the third trial, if and when I have secured a final, collectible judgment in my favor.

                          Sincerely,

                            *Emma Adams*

                          Emma Adams