UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AQUA 388 COMMUNITY ASSOCIATION et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-02498-SB-JPR<br><br><br>NOTICE TO SELF-REPRESENTED ("PRO SE") LITIGANT |

　　On August 22, 2025, the Court granted Plaintiff's counsel's motion to withdraw. Plaintiff is now proceeding as a self-represented litigant (i.e., pro se), though she has stated an intent to retain new counsel. **Plaintiff's former counsel is ordered to promptly forward this notice to Plaintiff**.

　　Although Plaintiff is not represented by counsel, she is nonetheless required to comply with the Court's orders, the Local Rules, and the Federal Rules of Civil Procedure. *See* C.D. Cal. L.R. 83-2.2.3. Under the local rules, "[a] party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address," and failure to comply may result in dismissal with or without prejudice for failure to prosecute. L.R. 41-6. Plaintiff does not currently have contact information listed on the docket.

　　Local Rule 5-4.1.1 allows parties to request permission to use the CM/ECF System to electronically file documents by submitting a one-page application form (Form CV-005) available at https://www.cacd.uscourts.gov/court-procedures/forms. The Court encourages the use of electronic filing, which avoids the need to visit the courthouse to file papers and allows court orders to be received immediately.

1

If Plaintiff has not retained counsel by **September 5,** she shall file by that date either (1) an application for electronic filing permission or (2) a notice of an email address where court orders can be sent. Failure to comply or provide an accurate email address will be deemed a waiver of any argument that Plaintiff lacked notice or timely notice of any court order due to mail service.

The Local Rules are available on this Court's website. *See* https://www.cacd.uscourts.gov/court-procedures/local-rules.

### Pro Se Clinic

There is a free "Pro Se Clinic" that can provide information and guidance about many aspects of civil litigation in this Court. The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012. To request services, pro se litigants must call (213) 385-2977, ext. 270 or submit an online application at http://prose.cacd.uscourts.gov/los-angeles.

Date: August 26, 2025

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge